UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. # 05-342-12 (RCL) |
| ) | |
| ENRIQUE OYALA-ROPERO ) | |
| _____) | |

NOTICE OF APPEARANCE

The undersigned hereby enters her appearance as court-appointed counsel for defendant Enrique Oyala-Ropero.

Respectfully submitted,

_____
Elise Haldane #242826
303 E Street, NE
Washington, DC 20002
202/659-8700
Fax 202/544-0165