UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. #05-342-12 (RCL) |
| ) | |
| ENRIQUE OYALA-ROPERO ) | |
| _____) | |

## MOTION FOR MEDICAL EXAMINATION AND
## FOR SPECIAL DIET

Defendant Enrique Oyala-Ropero, through counsel, Elise Haldane, respectfully moves this Court to order a medical examination of the defendant in Spanish and a special diet for treatment of his ulcers. As grounds for this motion, defendant states:

1. At defendant's arraignment on August 9, 2007, defense counsel requested that Mr. Oyala-Ropero be transferred to the Correctional Treatment Facility (CTF) due to his medical condition (stomach ulcers). As of August 18, 2007, the defendant remained at the DC Jail.

2. Since the arraignment, defense counsel has reviewed the docket and surmised that a transfer of the defendant to CTF may not be feasible in this case.

1

3. Although Mr. Oyala-Ropero received an initial medical examination at the DC Jail, he was unable to explain his medical condition to the medical examiner due to his inability to speak English. He suffers from a stomach ulcer, which was revealed by an endoscopy in November of 2005 (Mr. Oyala-Ropero has a copy of the endoscopy results), which ruptured in December of 2005. Prior to his incarceration at the DC Jail, he took prescription medications (Lansope, Ditopax and an antibiotic), and observed a diet which excludes include spices, sauces, acids, preservatives (hot dogs and sausages), caffeine products or milk (except soy milk).

4. The food supplied to defendants at the DC Jail is inconsistent with Mr. Oyola-Ropero's medical needs. To date, he has only been able to eat bread.

WHEREFORE, the defendant respectfully moves the Court to order a complete medical examination for the defendant in Spanish, a special diet, and a report to the Court regarding compliance with its order.

Respectfully submitted,

_____/s/_____
Elise Haldane #24282
303 E Street, NE
Washington, DC 20002
202/659-8700