UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. #05-342-12 (RCL) |
| | ) | |
| ENRIQUE OYALA-ROPERO | ) | |
| _____) | | |

## ORDER

Upon consideration of defendant Enrique Oyala-Ropero's Motion for Medical Examination and Special Diet, and for good cause shown, it is, this \_\_\_ day of August, 2007, hereby

ORDERED that the Department of Corrections medical staff shall perform a complete medical examination of the defendant **FORTHWITH;** and it is

FURTHER ORDERED that a Spanish-speaking interpreter shall be present at the medical examination; and it is

FURTHER ORDERED that a special diet for the defendant be prescribed consistent with his medical condition; and it is

FURTHER ORDERED that a report detailing compliance with this Order shall be submitted to the Court by Friday, August 24, 2007 at 3 pm, with a copy to be sent to

defense counsel  Elise Haldane (fax # 202/544-0165).

_____
ROYCE C. LAMBERTH
DISTRICT COURT JUDGE