UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. #05-342-12 (RCL) |
| ) | |
| ENRIQUE OYALA-ROPERO ) | |
| ) | |

ORDER

Upon consideration of defendant Enrique Oyala-Ropero's Motion for Medical Examination and Special Diet, and for good cause shown, it is, this 20th day of August, 2007, hereby

ORDERED that the Department of Corrections medical staff shall perform a complete medical examination of the defendant **FORTHWITH;** and it is

FURTHER ORDERED that a Spanish-speaking interpreter shall be present at the medical examination; and it is

FURTHER ORDERED that a special diet for the defendant be prescribed consistent with his medical condition; and it is

FURTHER ORDERED that a report detailing compliance with this Order shall be submitted to the Court by Friday, August 24, 2007 at 3 pm, with a copy to be sent to

1

defense counsel Elise Haldane (fax # 202/544-0165).

_____
ROYCE C. LAMBERTH
DISTRICT COURT JUDGE