UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | Crim. Case No.: 05-342 RCL |
| v. | |
| | |
| ARCHBOL MANNER, ET AL | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record, please enter the appearance of Ron Earnest, as counsel of record for Enrique Oyola-Ropero in the above captioned case.

Respectfully submitted,

By: _____/s/_____
Ron Earnest
District of Columbia Bar # 477305
8121 Georgia Avenue Suite 406
Washington, D.C. 20910
(301) 562-9255   Office
(240) 536-9194   Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Appearance was served upon all parties via the Court's ECF system on this _8_ day of November, 2007.

____/s/_____
RON EARNEST