**FILED**

**JUL 10 2008**

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Crim. No. 05-342-03,
: 12, 15, 17, 18, 19
: (RCL)
:
ARCHBOLD-MANNER et. al., :
(Ranfer Rios Mercado (03); Enrique Oyola-Ropero (12),
Jose Alvarez-Lozano (15), German Villegas-Mejia (17),
Gerardo Tobon-Rojas (18), Fernando Zapata Bermudez(19)

### ORDER

Upon consideration of Defendants' Consent Motion To Extend Time to File Pretrial Motions, and the entire record in this case, it is hereby this ___10th___ day of July, 2008,

**ORDERED,** that the defendants' motion be **GRANTED**; and is further

**ORDERED,** that the deadline for the filing of pretrial motions shall be extended until July 16, 2008.

_____
**ROYCE C. LAMBERTH, JUDGE**
United States District Court
for the District of Columbia