## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>ARCHBOLD MANNER, ET AL. )<br>(Jose Hugo Alvarez-Lozano, Jesus )<br>Antonio Murillo-Lenis; Enrique )<br>Oyola-Ropero, German Villegas-Mejia, )<br>Gerardo Tobon-Rojas, Ranfer Manuel )<br>Rios-Mercado,Juan Eduardo )<br>Perez-Rincon, Fernando Zapata-Bermudez) )<br>)<br>**Defendants**. )<br>_____ ) | Criminal Case No. 05-342-24 (RCL) |

## **ORDER**

Upon consideration of the motion of the government, for an extension of time, it is this _____ day of _____ 2008, hereby **ORDERED,** that the government's motion is **GRANTED.**

It is further **ORDERED**, the government shall file its responses by August 10, 2008 and a hearing on the motions shall be held August 14, 2008.

 

                                                                                       _____<br>
                                                                                       Honorable Royce C. Lamberth<br>
                                                                                       U.S. District Chief Judge<br>
                                                                                       United States District Court<br>
                                                                                       for the District of Columbia