AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

      Plaintiff(s)      )
           )   **APPEARANCE**
           )
           )
      vs.      )   CASE NUMBER   CR-05-342-RCL
Alvaro Serrano Archbold-Manner, et al  )
           )
      Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  <u>Teresa A. Wallbaum</u>  as counsel in this
           (Attorney's Name)

case for:  <u>United States of America</u>
           (Name of party or parties)

August 14, 2008
Date

*signature*
Signature

Teresa A. Wallbaum
Print Name

Illinois # 6211941
BAR IDENTIFICATION

1400 New York Ave, NW
Address

Washington, DC 20530
City      State      Zip Code

(202) 616-5193
Phone Number